No. 34, Misc.  EASTERN STATES PETROLEUM CORP. *v.* PRETTYMAN, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, ET AL.;

No. 112, Misc.  WORZ, INC., *v.* PRETTYMAN, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, ET AL.;

No. 139, Misc.  ODUM *v.* ILLINOIS; and

No. 172, Misc.  FOUTTY *v.* MARSHALL, COMMON PLEAS COURT JUDGE, FRANKLIN COUNTY.  Motions for leave to file petitions for writs of mandamus denied.  *Gerard R. Moran* and *Edwin G. Martin* for petitioner in No. 34, Misc.  *Eliot C. Lovett* for petitioner in No. 112, Misc. Petitioners *pro se* in Nos. 139, Misc., and 172, Misc.  *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Seymour Farber* for respondents in No. 34, Misc.  *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Ernest L. Folk III, John L. Fitzgerald* and *Max D. Paglin* for respondents and for the Federal Communications

Commission in opposition in No. 112, Misc. Reported below: No. 34, Misc., 105 U. S. App. D. C. 219, 265 F. 2d 593; No. 112, Misc., 106 U. S. App. D. C. 14, 268 F. 2d 889.